# EXHIBIT "A"

## SWORN STATEMENT IN PROOF OF LOSS

$ 32,230,924  
Amount of policy at time of loss

21-21947510-30  
Policy Number

06/20/2023  
Date issued

RSG Specialty, LLC Operated by RT Specialty Division  
Agent

06/20/2024  
Date Expires

To Admiral Indemnity Company

Claim # 204-1968

At time of loss, by the above indicated policy of Insurance you insured **The Landmark Condo Assoc** against loss by __Fire__ to the property according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin**: A __Fire__ loss occurred about the hour of ____ o'clock  A. M., on the 17th day of January, 2024. The cause and origin of the said loss were Undetermined After Investigation
2. **Occupancy**: The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: Condominiums.
3. **Title and Interest**: At the time of the loss the interest of your insured in the property described therein was __N/A__, no other person or persons had any interest therein or encumbrance thereon, except: _____
4. **Changes**: Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: __N/A__
5. **Total Insurance**: The total amount of insurance upon the property described by this policy was, at the time of the loss, $ 32,230,924
6. **The full cost of repair or replacement** is ............................................. $ 15,027,990.46
7. **Applicable depreciation or betterment** is ............................................. $ (1,502,799.05)
8. **Actual cash value loss** is (Line 6 minus Line 7) ...................................... $ 13,525,191.41
9. **Less deductibles and /or participation by the insured** .......................... $ (10,000.00)
10. **The Amount Claimed under the above numbered policy** is ................. $ 13,525,181.00

The said loss did not originate by any act, design or procurement on the part of this affiant; nothing has been done by or with the privity or consent of this affiant to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceived the said company, as to the extent of said loss, has in any manner been made.  Any other information that may be required will be furnished and considered a part of this proof.

Any person who knowingly and with intent to defraud any insurance company or other person file a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.  
The furnishing of this blank or the preparation of proof by a representative of the above insurance company is not a waiver of any of its rights.

State of __Georgia__  
County of __Cobb__  

Policyholder / Affiant

Subscribed and sworn to before me this 21st day of January, 20 25

Notary Public

[Notary seal: SINCERE COLBERT, NOTARY PUBLIC, COBB COUNTY, GEORGIA, EXPIRES DECEMBER 6, 2026]