# EXHIBIT "B"

==Please update values where indicated==

Schedule of Values

Values should be 100% replacement cost. If you choose not to report replacement cost please explain why.

| Loc # | Location Address | City | State | Zip Code | Owned / Leased / Triple Net Lease | Occupancy (Office, warehouse, hangar) | Employee Count | Alarm | # of Stories | Year Built | Construction (see descriptions below) | Sprinklered? | Roof Type and Year Last Updated | Last Year Update for Electrical, Plumbing and HVAC | Flood Zone | Building Area Sq. Ft. | Cost per Squre Foot | VALUES |||||| 
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | Building | Personal Property | Earthquake | Flood | Equipment Breakdown | Business Interruption inc Extra Expense |
| 1.1 | 215 Piedmont Avenue | Atlanta | GA | 30318 | Owned | Condominiums | | | 22 | 1963 | ISO 6 Fire Resistive | Yes | 2021 | 2021 | X | 128,923 | $ 250.00 | $ 32,230,924 | $ 51,000 | $ 5,000,000 | $ 5,000,000 | $ 32,331,924 | $ 50,000 |
| | TOTALS: | | | | | | | | | | | | | | | | | $ 32,230,924 | $ 51,000 | $ 5,000,000 | $ 5,000,000 | $ 32,331,924 | $ 50,000 |

**Construction Definitions**

ISO 1  Frame — exterior walls are wood or other combustible materials. Includes mixed construction, such as brick veneer, stone veneer, wood-iron clad, or stucco on wood.

ISO 2  Joisted Masonry — exterior walls are constructed of masonry materials such as adobe, brick, concrete, gypsum block, hollow concrete block, stone, tile, etc. Floors and roof are combustible.

ISO 3  Noncombustible — exterior walls and floors and roof are constructed of, and supported by, metal, asbestos, gypsum, or other noncombustible materials.

ISO 4  Masonry Noncombustible — exterior walls are constructed of masonry materials as described under the joisted masonry category, but floors and roof are constructed of metal or other noncombustible materials.

ISO 5  Modified Fire Resistive — exterior walls and the floors and roof are constructed of masonry or fire resistive materials with a fire resistive rating of one hour, but less than two hours.

ISO 6  Fire Resistive — exterior walls and the floors and roof are constructed of masonry or fire resistive materials having a fire resistance rating of not less than two hours.