# EXHIBIT "E"



**ADMIRAL INDEMNITY COMPANY**
**CLERMONT INSURANCE COMPANY**

## HABITATIONAL SUPPLEMENT TO ACORD APPLICATIONS

### Account Information

Named Insured: The Landmark Condominium Association, Inc.

Location: 215 Piedmont Avenue NE, Atlanta, GA 30318

Property Management Company / Managing Agent: Alexandra Betancur, Property manager

Email Address for Inspection: landmarkcondomanagement@gmail.com

### Risk Information

# of Building(s): 1   # of Units: 205   # of Units per 2nd Building (if applicable): N/A

# of Units per 3rd Building (if applicable): N/A

# of Sponsor-owned Units: _____

Occupancy: ☐ Rental   ☐ Coop   ☐ Condo   ☐ Cond-op

Occupancy %: 100

Are there any vacant units? ☐ Yes ☒ No   If yes, how many? _____

Short Term Rentals (less than 1 year): ☒ Yes ☐ No   Are sublets permitted? ☐ Yes ☒ No

Construction Type: ISO 6 Fire Resistive

# of Stories: 22

Year Built: 1963

Year Gut Renovated: N/A   (Please add any details in cover email or supporting documents as to what the renovation entailed. Were all mechanicals including electrical and plumbing completely removed and replaced? Were sewer drains and sewer pipes leading to main city drains removed/replaced?):

Major updates to systems(year): Plumbing: 2021   HVAC: 2021   Roof: 2021   Electric: 2021

Is there any exterior EIFS cladding? ☐ Yes ☒ No

Year of last roof inspection: 2021

Year of last water/cooling tower inspection: 2023

Year of last gas system inspection: 2023

Year of last boiler inspection: 2022   By whom? OFFICE OF COMMISSIONER OF INSURANCE

Who maintains all building equipment? GAR MECHANICAL

If in NYC, year of last Local Law 11 inspection: N/A

Elevators? ☒ Yes ☐ No

   # of passenger elevators: 2   # of freight elevators: 1

   Maintenance Program: ☒ Yes ☐ No

   Year of last elevator inspection: 2022   By whom? OFFICE OF COMMISSIONER OF INSURANCE



**ADMIRAL INDEMNITY COMPANY**
**CLERMONT INSURANCE COMPANY**

## Additional Building Information

Formal Winterization Program in Place? ☒ Yes ☐ No

If Yes, please provide specifics: _____

Is heat maintained to a minimum 60 degrees in vacant or unsold units? ☒ Yes ☐ No
Who is responsible for verification? __OWNERS__

Electrical System: ☐ Fuses ☒ Circuit Breakers ☐ Both  If Both, What % of each? _____

Are There Any Federal Pacific electric Stab-Lok panels in the building? ☐ Yes ☒ No

Is aluminum wiring present? ☐ Yes ☒ No

Is the building sprinklered? ☒ Yes ☐ No  If Yes, what % of Building Sprinklered? __100%__

Is the floor over the basement Fire Resistive? ☒ Yes ☐ No  Are the stairwells enclosed? ☒ Yes ☐ No

Are standpipes in stairwells? ☒ Yes ☐ No

Is there emergency lighting in stairwells? ☒ Yes ☐ No

Are utility shut-offs accessible? (gas, electrical and water) ☒ Yes ☐ No  By Whom? __MAINTENANCE__

Does each unit have 2 means of egress? ☐ Yes ☒ No

Are there exterior fire escapes? ☐ Yes ☒ No

Is there an annunciator Panel? ☒ Yes ☐ No

Fire Alarms: ☒ Central Station ☐ Local  Smoke detection systems: ☐ Hard wired ☒ Battery

Doorperson: ☒ Yes ☐ No  If Yes, Hours: ☒ 24 ☐ 16 ☐ 12 Other: _____

Burglar Alarm on all unattended entries? ☒ Yes ☐ No

Other Security: ☒ TV Monitors ☒ Intercom ☐ Buzzer ☐ Virtual Doorman ☐ Motion Detectors ☒ Camera Surveillance

Resident superintendents, building manager or engineer? ☒ Yes ☐ No

If non-resident, where does he/she live? __ATLANTA__

Commercial occupancy: ☐ Yes ☒ No  If Yes, # of square feet: _____

List all commercial tenants: _____

Does building have school or daycare onsite? ☐ Yes ☒ No  If Yes, separate entrance? ☐ Yes ☐ No

Professional Offices: ☐ Yes ☒ No  # of units: _____  If Yes, separate entrance? ☐ Yes ☐ No

Parking on Premises: ☐ Yes ☒ No  If Yes, ☐ Indoor ☐ Outdoor ☐ Both Sq. Footage: _____

Is parking private or open to public? __No parking provided at building location - third party vendor has parking next door__

Does Building run the garage or outside operator? __outside operator__

If outside, please attach a COI indicating adequate GL/Garage Keepers coverage.

Is the garage or premise(s) equipped with electric vehicle charging station(s)? ☐ Yes ☐ No

Are e-bikes allowed in units or garage? ☐ Yes ☒ No



**ADMIRAL INDEMNITY COMPANY**
**CLERMONT INSURANCE COMPANY**

## Amenities

Exercise Room: ☒ Yes ☐ No

Equipment maintained by third Party? ☐ Yes ☒ No

Swimming Pool: ☒ Yes ☐ No   If Yes, ☐ Diving Board ☐ Slide  Location of Pool: _____

Lifeguard available: ☐ Yes ☒ No   Is Lifeguard an employee of the building? ☐ Yes ☐ No

Jacuzzi / Whirlpool / Sauna: ☐ Yes ☐ No  Emergency Shut-off available: ☐ Yes ☐ No

Other Amenities: _____

## Additional Information

Are Risk Transfer procedures in place including insurance certificate requirements for any/all contractors performing work for the Building as well as any Tenants/Shareholders/Unit Owners who may hire contractors? ☒ Yes ☐ No

Are individual unit owners permitted to hire their own contactors? ☒ Yes ☐ No

Does the association or independent property management firm hire contractors? ☒ Yes ☐ No

If yes, does the Insured or Property Manager collect Certificates of Insurance? ☒ Yes ☐ No

If yes, is the Insured named as an Additional Insured? ☒ Yes ☐ No

Does the Insured or Property Manager utilize a standardized work contract that includes a hold harmless agreement and indemnification agreement? ☒ Yes ☐ No (Please attach)

Has the coop/condo/apartment agreed to waive subrogation against its unit owners/shareholders/tenants for any loss in the building? ☒ Yes ☐ No

Does the coop/condo/apartment require its unit owners/shareholders to carry homeowner's insurance? ☐ Yes ☒ No

If so what are the minimum amounts required per unit? _____

Is the building responsible for sidewalk cleaning? ☐ Yes ☒ No

Is the building responsible for structural sidewalk maintenance? ☐ Yes ☒ No  If No, who is responsible? _____

If yes, last time sidewalk was repaired or replaced? _____

What insuring agreement is in the building/association by-laws? (Please include a copy of the by-laws with app)

    ☐ Bare Walls: Buildings and structures only. No coverage for units

    ☒ Single Unit: Building, structures and units on original specification basis

    ☐ All – In: Building, structures and units on additional installation basis

Have the by-laws or Master Deed been amended to reflect a change in the insurance requirements? ☐ Yes ☐ No

If Yes, please explain: _____

_____    _____
PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE COMPLETING SUPPLEMENTAL APPLICATION    DATE

NOTICE TO NEW JERSEY APPLICANTS: "ANY PERSON WHO INCLUDES ANY FALSE OR MISLEADING INFORMATION ON AN APPLICATION FOR AN INSURANCE POLICY IS SUBJECT TO CRIMINAL AND CIVIL PENALTIES."
NOTICE TO NEW YORK APPLICANTS: "ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH SUCH VIOLATION."
ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied)."The Applicant represents and warrants to the Company that the product being sought by the applicant under the application for insurance is not being obtained primarily for personal, family or household purposes."