# EXHIBIT "G"



**PERSONAL AND CONFIDENTIAL**

**CERTIFIED MAIL / RRR and EMAIL**

May 9, 2024

The Landmark Condominium Association
C/O Alex Betancur
3050 Amwiler Road, Suite 200-B
Atlanta, GA 30360

| | |
|---|---|
| Insured: | The Landmark Condominium Association. |
| Claim No.: | 2041684 |
| Policy Number: | 21-21947510-30 |
| Company: | Admiral Indemnity Company |
| FNOL: | 01/18/2024 |
| Loss Date: | 01/17/2024 |
| Loss Location: | 215 Piedmont Ave NE, Atlanta, GA |
| Broker: | RSG Specialty |
| Loss Type: | Fire |

Dear Alex Betancur:

This letter sets forth the reservation of rights by Admiral Indemnity Company ("Admiral") with respect to the above referenced claim you asserted under a commercial lines policy issued by Admiral identified as policy number 21-21947510-30 ("the Policy") related to a fire loss sustained on January 17, 2024. Admiral was notified of the claim on January 18, 2024 and the claim was assigned claim number 2041684 ("the Claim")

**RESERVATION OF RIGHTS**

Admiral has undertaken a preliminary investigation and adjustment of the claim. During the course of its adjustment, Admiral learned information which caused it to question its obligations under the Policy for the Loss. For reasons explained further below, Admiral may not have any obligation to provide coverage for this Loss and Claim. However, Admiral will continue to investigate and adjust this Loss subject to the terms and conditions of the Policy, while expressly reserving its right to raise any defenses or exclusions under the Policy or applicable law at any time, including the right to deny coverage or indemnification for all or part of this Claim. This specifically includes, but is not limited to, Admiral's right to rescind the Policy should it determine that rescission is appropriate under O.C.G.A. § 33-24-7. This reservation is made strictly in accordance with O.C.G.A. § 33-24-40.

May 9, 2024
Page 2

This letter is to advise you Admiral will continue its investigation into this matter under a Reservation of Rights and that it has identified conflicts pertaining to the information provided with your Application for Insurance and the conditions found at the insured risk during Admiral's investigation. Given these conflicts, there are questions as to whether Admiral is obligated to provide coverage for the Claim under the Policy due to the following:

1. It is questionable whether the Policy application contained accurate information;

2. It is questionable as to whether there has been a breach of any of the Policy's conditions in conjunction with representations made during the application process and presentation of the Claim;

3. There are questions as to whether the concealment or fraud provision of the Policy has been violated.

While specifically reserving its rights under the Policy and expressly reserving Admiral's right to rescind the Policy under O.C.G.A. § 33-24-7 and any applicable law, Admiral will proceed with a full investigation of the claim to determine whether or not the Loss may be covered pursuant to the terms and conditions of the Policy and applicable Georgia law. This investigation is being conducted in accordance with Admiral's rights under the Policy and your duties under the Policy. By moving forward with its investigation, Admiral is not waiving any defenses that may be applicable to this Claim, including any defense relating to the accuracy of information in the application for this Policy. This specifically includes, but is not limited to, Admiral's right to terminate or rescind the Policy in the event it determines that termination or rescission is appropriate under O.C.G.A. § 33-24-7. All investigation is proceeding under this reservation of rights.

At this time, we refer you to your policy, in particular, the **Commercial Property Conditions, Form (CP 00 90 07 88)**, which states, in relevant part, the following:

> *This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.*
>
> *A. CONCEALMENT, MISREPRESENTATION OR FRAUD*
>
> *This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:*
>
> *1. This Coverage Part;*
> *2. The Covered Property;*
> *3. Your interest in the Covered Property; or*

May 9, 2024
Page 3

    *4. A claim under this Coverage Part.*

    *. . . .*

    **D.**    **LEGAL ACTION AGAINST US**

    *No one may bring a legal action against us under this Coverage Part unless:*

    *1. There has been full compliance with all the terms of this Coverage Part; and*

    *2. The action is brought within two (2) years after the date on which the direct physical loss or damage occurred.*

We also refer you to the **CONDOMINIUM ASSOCIATION COVERAGE FORM (CP 00 17 06 07)**, which states, in relevant part, the following:

    **E.**    **Loss Conditions**

    *The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.*

    *. . . .*

    ***3. Duties In The Event Of Loss Or Damage***

    *a. You must see that the following are done in the event of loss or damage to Covered Property:*

        *(1)    Notify the police if a law may have been broken.*
        *(2)    Give us prompt notice of the loss or damage. Include a description of the property involved.*
        *(3)    As soon as possible, give us a description of how, when and where the loss or damage occurred.*
        *(4)    Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not*

May 9, 2024
Page 4

> > *increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.*
> >
> > **(5)** *At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed. (6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.*
> >
> > **(7)** *Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.*
> >
> > **(8)** *Cooperate with us in the investigation or settlement of the claim.*
>
> **b.** *We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.*

We refer you to the coverage form **IL 00 17 11 98, COMMON POLICY CONDITIONS,** which provides as follows:

> *All Coverage Parts included in this policy are subject to the following conditions.*
>
> **A. Cancellation**
>
> > **1.** *The first named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.*
> >
> > **2.** *We may cancel this policy by writing or delivering to the first Named Insured written notice of cancellation at least:*
> >
> > > **a.** *10 days before the effective date of cancellation if we cancel for nonpayment of premium; or*

May 9, 2024
Page 5

> b. *30 days before the effective date of cancellation if we cancel for any other reason.*
> 3. *We will mail or deliver our notice to the first Named Insured's last mailing address known to us.*
> 4. *Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.*
> 5. *If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.*
> 6. *If notice is mailed, proof of mailing will be sufficient proof of notice.*

See also form **IL 02 62 02 15, GEORGIA CHANGES CANCELLATION AND NONRENEWAL.**

For these reasons, and for other reasons which may become known, you are hereby notified that any action taken by Admiral or its authorized representatives to investigate the Claim as well as determine the amount of Loss, extent of damage, and/or cause of Loss, and/or investigate the facts surrounding the application process for this Policy shall not waive any of the terms or conditions of the Policy, nor shall any such action waive any legal or Policy defenses which Admiral may have related to the Claim, including the right to terminate or rescind the Policy and declare it *void ab initio* pursuant to O.C.G.A. § 33 24 7. Furthermore, it is understood that Admiral's investigation of the claim and issues outlined above will not waive any rights which you may have under the Policy. Admiral will assume that it is acceptable for Admiral to continue handling your Claim under these terms unless you advise otherwise.

Neither this letter, nor its continued investigation, is intended to waive any rights or defenses which are now or may hereafter become available to Admiral. Anything done, or to be done by Admiral in connection with this matter, shall not waive, invalidate, forfeit, or modify any of the terms, conditions, limitations or exclusions of the Policy, or any of Admiral 's rights and defenses under the Policy, at law or otherwise. Rather, all such rights and defenses are expressly reserved, including the right to make additional requests for documents necessary and material to Admiral's claim investigation and/or to otherwise conduct its investigation in accordance with your Duties After Loss.

This Reservation of Rights letter will remain in effect and applicable to the Claim, whether or not this reservation of rights is specifically referenced in any future correspondence or communication from Admiral.

If you have any questions regarding this correspondence, do not hesitate to contact the undersigned at your convenience.

May 9, 2024
Page 6


Sincerely,

*Robert Murner*

Robert Murner
Sr. Property Claims Examiner


cc:    The Landmark Condominium Association
       C/O Management Office
       215 Piedmont Avenue NE
       Atlanta, GA 30308

       Strategic Claims Consultants, *via electronic mail*