IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **ADMIRAL INDEMNITY COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NO. 1:25-cv-00414-SEG |
| **THE LANDMARK CONDOMINIUM ASSOCIATION, INC.,** | ) ) ) ) ) | |
| Defendant. | ) | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to LR 3.3, Defendant hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns l0% or more of the stock of a party:

  a.  **Admiral Indemnity Company; and**

  b.  **The Landmark Condominium Association, Inc.**

**Defendant further states that it is not affiliated with any parent corporation or any publicly held corporation that owns l0% or more of their stock.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

 a. **Weinstein & Black, LLC, counsel for Defendant; and**

 b. **Strategic Claim Consultants, LLC; Defendant's Public Adjuster.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| | |
|---|---|
| **For the Plaintiff:** | Jessica M. Phillips<br>Taylor C. Gore<br>Swift Currie McGhee & Hiers, LLP<br>1420 Peachtree Street, N.E. #800<br>Atlanta, GA 30309<br>Jessica.phillips@swiftcurrie.com<br>Taylor.gore@swiftcurrie.com |
| **For the Defendant:** | Michael B. Weinstein<br>David P. McDonald<br>Weinstein & Black, LLC<br>3050 Amwiler Road, Suite 200-C<br>Atlanta, GA 30360<br>mike@wblegal.net<br>dave@wblegal.net |

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed.

**a. Admiral Indemnity Company is a New Jersey corporation; and**

**b. The Landmark Condominium Association, Inc. is a Georgia condominium association.**

Respectfully submitted this 23rd day of March 2025.

s/ Michael B. Weinstein
Michael B. Weinstein, Esq.
Georgia Bar No. 746386
David P. McDonald
Georgia Bar No. 217778
Weinstein & Black, LLC
3050 Amwiler Road, Suite 200-C
Atlanta, GA 30360
Telephone: (404) 228-2629
mike@wblegal.net
dave@wblegal.net

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ADMIRAL INDEMNITY COMPANY,** ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | |
| v. ) | NO. 1:25-cv-00414-SEG |
| ) | |
| **THE LANDMARK CONDOMINIUM ASSOCIATION, INC.,** ) ) ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** by electronically filing the same with the Court via the CM/ECF system, which shall send notice to counsel of record as follows:

Ms. Jessica M. Phillips
Ms. Taylor C. Gore
Swift Currie McGhee & Hiers, LLP
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309

This 23rd day of March 2025.

/s/Michael B. Weinstein
Michael B. Weinstein

4