# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ADMIRAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action File No.: 1:25-cv-00414-SEG |
| | ) |
| THE LANDMARK CONDOMINIUM ASSOCIATION, INC. | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 3.3, Counsel for Interested Party Nicky Buggs, Fern Terrell-Scott, John Doe and Jane Doe, files this their *Certificate of Interested Persons and Corporate Disclosure Statement*.

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor: ADMIRAL INDEMNITY COMPANY, THE LANDMARK

*Admiral Indemnity Company v. The Landmark Condominium Association, Inc.*
US District Court Northern District of Georgia | CAFN: 1:25-cv-00414-SEG
**Certificate of Interested Persons and Corporate Disclosure Statement**
Page **1** of **7**

CONDOMINIUM ASSOCIATION, INC., NICKY BUGGS, and FERN TERRELL-SCOTT.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case: ADMIRAL INDEMNITY COMPANY, THE LANDMARK CONDOMINIUM ASSOCIATION, INC., NICKY BUGGS, and FERN TERRELL-SCOTT.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case: Shivam T. Daftari of John B. Miller and Associates, P.C. for Intervenor Nicky Buggs, Fern Terrell-Scott, John Doe and Jane Doe.

(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship * of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed: Not applicable to the present case.

*Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. Travaglio v. Am. Express Co., 735 F.3d 1266, 1269 (11th Cir. 2013). For purposes of diversity jurisdiction, citizenship is equivalent to

*Admiral Indemnity Company v. The Landmark Condominium Association, Inc.*
US District Court Northern District of Georgia | CAFN: 1:25-cv-00414-SEG
**Certificate of Interested Persons and Corporate Disclosure Statement**
Page **2** of **7**

domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." McCormick v. Aderholt, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting Mas v. Perry, 489 F.2d 1396, 1399 (5th Cir. 1974)).

"[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1021 (11th Cir. 2004) (citing Carden v. Arkoma Assocs., 494 U.S. 185, 195-196 (1990)).

A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, 374 F.3d at 1022.

A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. Alliant Tax Credit 31, Inc. v. Murphy, 924 F.3d 1134, 1143 (11th Cir. 2019).

Submitted this 29th day of May, 2025.

_____
Shivam T. Daftari, Esq.
GA Bar No. 279212
*Attorneys for Interveners*
**JOHN B. MILLER & ASSOCIATES, P.C.**
P.O. Box 675433, Marietta, GA 30006
P. (770) 863-8355

*Admiral Indemnity Company v. The Landmark Condominium Association, Inc.*
US District Court Northern District of Georgia | CAFN: 1:25-cv-00414-SEG
**Certificate of Interested Persons and Corporate Disclosure Statement**
Page **3** of **7**

F. (678) 905-3227
sdaftari@johnbmillerlaw.com

*Admiral Indemnity Company v. The Landmark Condominium Association, Inc.*
US District Court Northern District of Georgia | CAFN: 1:25-cv-00414-SEG
**Certificate of Interested Persons and Corporate Disclosure Statement**
Page **4** of **7**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ADMIRAL INDEMNITY COMPANY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE LANDMARK CONDOMINIUM )<br>ASSOCIATION, INC. )<br>)<br>    Defendant. )<br>_____ ) | Civil Action File No.: 1:25-cv-00414-SEG |

## LOCAL RULE 5.1(C) CERTIFICATION

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C).

This <u>29th</u> day of <u>May,</u> 2025.

                                    _____
                                    Shivam T. Daftari, Esq.
                                    GA Bar No. 279212
                                    *Attorneys for Interveners*
                                    **JOHN B. MILLER & ASSOCIATES, P.C.**
                                    P.O. Box 675433
                                    Marietta, GA 30006
                                    P. (770) 863-8355
                                    F. (678) 905-3227
                                    sdaftari@johnbmillerlaw.com

*Admiral Indemnity Company v. The Landmark Condominium Association, Inc.*
US District Court Northern District of Georgia | CAFN: 1:25-cv-00414-SEG
**Certificate of Interested Persons and Corporate Disclosure Statement**
Page **5** of **7**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ADMIRAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE LANDMARK CONDOMINIUM )<br>ASSOCIATION, INC. )<br>)<br>Defendant. )<br>) | Civil Action File No.: 1:25-cv-00414-SEG |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing party, by and through their attorney of record, all Judges and Clerks of Court with a true and accurate copy of the within and foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* to the following:

_____ by placing in U.S. Mail, properly addressed and with adequate postage thereon.

__X__ by Statutory Electronic Service

| Taylor C. Gore, Esq.<br>Jessica M. Phillips, Esq.<br>Swift Currie McGhee & Hiers<br>1420 Peachtree Street NE, Ste 800<br>Atlanta, GA 30309<br>taylor.gore@swiftcurrie.com | David P. McDonald, Jr., Esq.<br>Michael B. Weinstein, Esq.<br>Weinstein & Black, LLC<br>3050 Amwiler Road, Suite 200-C<br>Atlanta, GA 30360<br>dave@wblegal.net |
|---|---|

*Admiral Indemnity Company v. The Landmark Condominium Association, Inc.*
US District Court Northern District of Georgia | CAFN: 1:25-cv-00414-SEG
**Certificate of Interested Persons and Corporate Disclosure Statement**
Page **6** of **7**

| | |
|---|---|
| jessica.phillips@swiftcurrie.com<br>*Attorneys for Admiral Indemnity Company* | mike@wblegal.net<br>*Attorneys for The Landmark Condominium Association, Inc.* |

This <u>29th</u> day of <u>May,</u> 2025.

                                                               _____
                                                               Shivam T. Daftari, Esq.
                                                               GA Bar No. 279212
                                                                *Attorneys for Interveners*
                                                               **JOHN B. MILLER & ASSOCIATES, P.C.**
                                                               P.O. Box 675433
                                                               Marietta, GA 30006
                                                               P. (770) 863-8355
                                                               F. (678) 905-3227
                                                               sdaftari@johnbmillerlaw.com

*Admiral Indemnity Company v. The Landmark Condominium Association, Inc.*
US District Court Northern District of Georgia | CAFN: 1:25-cv-00414-SEG
**Certificate of Interested Persons and Corporate Disclosure Statement**
Page **7** of **7**