IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADMIRAL INDEMNITY COMPANY, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>THE LANDMARK CONDMINIUM, )<br>ASSOCIATION, INC, )<br>    Defendant. )<br>_____) | Civil Action File No. 1:25-cv-00414-SEG |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Shivam T. Daftari, Esq., and John B. Miller & Associates, P.C., counsel for INTERVENORS, NICKY BUGGS, FERN TERRELL-SCOTT, JOHN DOE and JANE DOE (hereinafter collectively referred to as "Intervenors"), and hereby files this *Motion to Withdraw* from the above-captioned matter and in compliance with Court Rule LR 83.1(E)(2) requests leave to withdraw as attorney of record, and in support states:

1.

On September 12, 2025, counsel served written notice on Intervenors at their last known address of 570 Piedmont Avenue, #54034, Atlanta, Georgia 30308, stating their intent to withdraw and advising as follows:

    a. That counsel intends to seek the Court's permission to withdraw;

    b. That the Court retains jurisdiction over the action;

    c. That the Intervenors must keep the Court informed of a service address;

    d. If trial is set, the Intervenor's obligation to prepare or retainer new counsel;

    e. That failure to comply may result in adverse consequences (e.g. default or sanctions);

 f. The dates of any scheduled hearings or trial, and that those will not be affected by withdrawal;

 g. That service may be made at the Intervenor's last known address of 570 Piedmont Avenue, #54034, Atlanta, GA 30308;

 h. If a corporation or entity, only a Georgia-bar attorney may represent, and failure to comply could result in default; and

 i. That the Intervenors have the right to object within 14 days.

2.

No objection has been filed within 14 days of counsel's notice.

3.

Granting counsel's withdrawal will not delay trial or materially prejudice any party; nor has the pretrial order been submitted.

WHEREFORE, Shivam T. Daftari, Esq., and John B. Miller & Associates, P.C. request leave to withdraw, and that the Court direct Intervenors to notify the Clerk within 21 days whether new counsel has been retained or Intervenors will proceed *pro se*, providing updated contact information.

Dated this the 17th day of October, 2025.

 
_____
Shivam T. Daftari, Esq.
GA Bar No. 279212
*Attorney for Intervenors*
JOHN B. MILLER & ASSOCIATES, P.C.
P.O. Box 675433
Marietta, GA 30006
Phone: (770) 863-8355
Fax: (678) 905-3227
Email: sdaftari@johnbmillerlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADMIRAL INDEMNITY COMPANY, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>THE LANDMARK CONDMINIUM, )<br>ASSOCIATION, INC, )<br>    Defendant. )<br>_____) | Civil Action File No. 1:25-cv-00414-SEG |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

This matter is before the Court on the Motion to Withdraw as Counsel filed by Shivam T. Daftari, counsel for INTERVENORS, NICKY BUGGS, FERN TERRELL-SCOTT, JOHN DOE and JANE DOE (hereinafter collectively referred to as "Intervenors"), pursuant to Local Rule 83.1(E)(2). The Court finds that counsel provided Intervenors with the required written notice of intent to withdraw at least 14 days prior to filing, that a copy of the notice was attached to the motion, and that withdrawal will not delay trial or prejudice any party.

Accordingly, it is ORDERED:

1. The Motion to Withdraw as Counsel is GRANTED;

2. Intervenors shall, within 21 days of the date of this Order, file with the Clerk a notice stating whether new counsel has been retained or whether Intervenors intend to proceed *pro se*;

3. Intervenors must keep the Court informed of a current mailing address for service of papers;

4. If Intervenors are a corporation, partnership, association, or other entity, they may not proceed without representation by an attorney admitted to practice in this Court.

Failure to obtain counsel may result in entry of default or other appropriate sanctions.

**IT IS THEREFORE ORDERED** that Shivam T. Daftari, Esq., and the law firm of John B. Miller & Associates, P.C., are hereby immediately withdrawn as counsel for Intervenors.

SO ORDERED, this ___ day of _____, 20__.

_____
Honorable Sarah E. Geraghty
United State District Judge
Northern District of Georgia
Atlanta Division

Order prepared by:

*/s/ Shivam T. Daftari*
Shivam T. Daftari, Esq.
GA Bar No. 279212
*Attorney for Intervenors*
JOHN B. MILLER & ASSOCIATES, P.C.
P.O. Box 675433
Marietta, GA 30006
Phone: (770) 863-8355
Fax: (678) 905-3227
Email: sdaftari@johnbmillerlaw.com